UNITED STATES BANKRUPTCY COURT
Northern District of California

In re: Cynthia Gawley-Uy,

Bankruptcy No.: 18-41249
R.S. No.: MSK-1
Hearing Date: 10/10/2018
Time: 1:30 p.m.

Debtor(s)

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 5/29/2018      Chapter: 13

Prior hearings on this obligation: None      Last Day to File §523/§727 Complaints: _____

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

Secured Creditor ☐ or lessor ☐

| | | |
|---|---|---|
| Fair market value: $ _____ | Source of value: _____ | |
| Contract Balance: $ _____ | Pre-Petition Default: $ _____ | |
| Monthly Payment: $ _____ | No. of months: _____ | |
| Insurance Advance: $ _____ | Post-Petition Default: $ _____ | |
| | No. of months: _____ | |

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA): Single family residence, 3702 N Ranchford Ct, Concord, CA 94520

Fair market value: $ 616,223.00      Source of value: Debtor's Schedule A & D

If appraisal, date: _____

Moving Party's position (first trust deed, second, abstract, etc.): First Deed of Trust

| | | |
|---|---|---|
| Approx. Bal.: $ 376,084.05 | Pre-Petition Default: $ 60,872.27 | |
| As of (date): 9/11/2018 | No. of months: 26 | |
| Mo. Payment: $2,529.36 | Post-Petition Default: $ 10,117.44 | |
| Notice of Default (date): 12/6/16 | No. of months: 4 | |
| Notice of Trustee's Sale: 1/31/2018 | Advances Senior Liens: $ n/a | |

Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: Movant | $ 376,084.05 | $ 2,529.36 | $ 70,989.71 |
| 2nd Trust Deed: \_\_\_\_ | $ \_\_\_\_ | $ \_\_\_\_ | $ \_\_\_\_ |
| \_\_\_\_ : | | | |
| \_\_\_\_ : | | | |
| \_\_\_\_ : | | | |
| (Total) $ 376,084.05 | $ 2,529.36 | $ 70,989.71 | |

(D) Other pertinent information: Movant confirms that a Loan Modification application was not submitted prior to the filing of the instant Bankruptcy Petition. Movant confirms that a Loan Modification application was not submitted prior to the filing of the instant Motion.

/s/ Mark S. Krause
Signature

Dated: 9/25/2018

Mark S. Krause
Print or Type Name
Attorney for Movant

CANB Documents Northern District of California

NDC-004